**No. 10-9083. Cynthia Cenarice Thornton, Petitioner v. Virginia.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5061.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3358.

**No. 10-9089. Harold Leonard Armstrong, Sr., Petitioner v. California.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5037.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3236.

**No. 10-9159. Christopher Darnell Stratton, Petitioner v. Texas (four judgments).**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5035.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3229.

**No. 10-9232. Michell D. Eicher, Petitioner v. Andrew Diodati.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5045.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3469.

**No. 10-9319. Camellia B. Barnes, Petitioner v. IMS Management, LLC, as Agent for Metropolitan Gardens Developers, LLP.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5042.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 992, 131 S. Ct. 2448, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3636.

**No. 10-9337. Tarvares Watson, Petitioner v. Florida.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5055.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 992, 131 S. Ct. 2449, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3761.

**No. 10-9351. William Manseau, et ux., Petitioners v. City of Miramar, Florida, et al.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 917, 2011 U.S. LEXIS 5063.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3674.